IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DEREK A. BENNETT,**

    **Plaintiff,**

**v.**                                                                                                                               No. 21-cv-0939 SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**[1]

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

    THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff must file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **January 31, 2022**;

(2)    Defendant must file a Response no later than **March 28, 2022**;

(3)    Plaintiff may file a Reply no later than **April 25, 2022**;

(4)    All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                           _____
                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**
                                                                           **Presiding by Consent**

---

[1] *See* Fed. R. Civ. P. 25(d).