UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | |
|---|---|
| DEREK A. BENNETT, | ) |
|        Plaintiff, | ) |
| Vs | ) Cause # 1:21-cv-00939-SMV |
| KILOLO KIJAKAZI | ) |
| Acting Commissioner of Social Security, | ) |
|        Defendant. | ) |

# ORDER

Comes now Plaintiff, by counsel, having filed the First Unopposed Motion For Extension of Time; AND OPPOSING COUNSEL having agreed to this order; AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

As both parties have agreed to this extension of time, IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff be, and hereby is, granted an extension of time up to, and including, February 28, 2022, within which to file the Plaintiff's Opening Brief. Defendant shall have up to, and including, April 25, 2022 within which to file her Response.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this 1st day of February 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted January 31, 2022*  *Electronically approved January 31, 2022*
MATTHEW RICHTER                              MANUEL LUCERO
Attorney for Plaintiff                       Assistant United States Attorney,
                                             Attorney for Defendant