UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | |
|---|---|
| DEREK A. BENNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs | ) Cause # 1:21-cv-00939-SMV |
| | ) |
| KILOLO KIJAKAZI | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

Comes now Plaintiff, by counsel, having filed the Second Unopposed Motion For Extension of Time; AND OPPOSING COUNSEL having agreed to this order; AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

As both parties have agreed to this extension of time, IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff be, and hereby is, granted an extension of time up to, and including, March 28, 2022, within which to file the Plaintiff's Opening Brief. Defendant shall have up to, and including, May 23, 2022 within which to file her Response.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this _28th_ day of February, 2022.

_____
JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted February 28, 2022*  *Electronically approved February 28, 2022*
MATTHEW RICHTER                                 MANUEL LUCERO
Attorney for Plaintiff                          Assistant United States Attorney
                                                Attorney for Defendant