# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DEREK A. BENNETT,**
    **Plaintiff,**

vs.                                             CIV NO. 1:21-00939-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Docs. 19 and 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until June 22, 2020, to file a response, and Plaintiff shall have until July 6, 2022, to file a reply.

SIGNED May 19, 2022.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 05/19/2022*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically submitted 05/19/2022*
MATTHEW F. RICHTER
Special Assistant United States Attorney