IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEREK A. BENNETT,

      Plaintiff,

v.                                                                                          No. 1:21-cv-00939-SMV

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.

## ORDER

Defendant, the Acting Commissioner of Social Security, by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SIGNED June 1, 2022

_____

Stephan M. Vidmar
United States Magistrate Judge


SUBMITTED AND APPROVED BY:
_Electronically submitted 6/1/2022_
LAURA H. HOLLAND
Special Assistant United States Attorney

_Electronically approved 6/1/2022_
Matthew F. Richter
Attorney for Plaintiff