IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DEREK A. BENNETT,**

    **Plaintiff,**

v.                                                                            No. 21-cv-0939 SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**[1]

    **Defendant.**

## JUDGMENT

Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 24], in an Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                                 _____
                                                                                 **STEPHAN M. VIDMAR**
                                                                                 **United States Magistrate Judge**
                                                                                 **Presiding by Consent**

---

[1] *See* Fed. R. Civ. P. 25(d).